Harry Verbeek, appellant, v. B. H. Wolff, appellee. Gen. No. 29,861.

Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed in absence of bill of exceptions. Opinion filed May 11, 1925.

Perel & Golan, for appellant. Church, Haft & Robertson and Daniel Gombiner, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Briell-Rodgers Cotton Goods Company, appellant, v. F. Lewald & Company, appellee. Gen. No. 29,551.

Action for price of goods sold. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed and remanded. Johnston, J., dissenting. Opinion filed May 11, 1925.

Van Natta & King, for appellant. Urion, Drucker, Reichmann & Boutell, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Charles A. Strand, appellee, v. Eric J. Strand, appellant. Gen. No. 29,618.

Action for an accounting. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed May 11, 1925. Rehearing denied May 25, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Samuel M. Booth and Charles Turner Brown, for appellant. Harry A. Biossot, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Lillian Lloyd, appellee, v. Harry G. Lloyd, appellant. Gen. No. 29,760.

Action for divorce. Decree for plaintiff and order for payment of alimony. Defendant committed for failure to make payment. Appeal from the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed May 11, 1925. Rehearing denied May 25, 1925.

John D. Farrell, for appellant. G. Edwin Mitchell and John G. E. Puerkel, for appellee; James L. Bynum, of counsel.

Mr. Justice Matchett delivered the opinion of the court.